No. 11–1246.  IN RE PANGHAT.  Petition for writ of mandamus denied.

No. 11–1327.  EVANS *v.* MICHIGAN.  Sup. Ct. Mich.  Certiorari granted.

No. 11–1085.  AMGEN INC. ET AL. *v.* CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS.  C. A. 9th Cir.  Certiorari granted.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–1383.  AL-BIHANI *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 11–413.  UTHMAN *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 11–683.  ALMERFEDI *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 11–804.  MORGAN ET AL. *v.* SWANSON ET AL.; and
No. 11–941.  SWANSON ET AL. *v.* MORGAN ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below: 659 F. 3d 359.

No. 11–959.  KING *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–963.  BLAIR *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–1039.  TAPPEN *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 11–1054.  AL KANDARI ET AL. *v.* UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 11–1097.  ESTATE OF HENSON, DECEASED, ET AL. *v.* KRAJCA.  C. A. 5th Cir.  Certiorari denied.